## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:12CV36-RLV-DSC

| | |
|---|---|
| JOSEPH NAVARRO, et. al., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| THE HARTFORD FINANCIAL SERVICES | ) |
| GROUP, INC., et. al., | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Joseph London]" (document #8). For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.                    Signed: April 27, 2012

_____

David S. Cayer
United States Magistrate Judge